AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RONALD L. McGOVERN,

        Plaintiff,

           v.

SPOKANE POLICE DEPARTMENT, et al.,

        Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-378-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants on all claims asserted by Plaintiff in his Second Amended Complaint pursuant to the Order Granting Defendant's Motion for Summary Judgment filed May 3, 2010, Ct Rec 45.

May 3, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas